# United States District Court
EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**THE ESTATE OF ANGELA ENOCH,**
**by Roxanne Enoch, Special Administrator,**

    and

**ASHLEY ENOCH AND AMBER ENOCH (Minors)**
**by Nathaniel Cade, Jr., Guardian Ad Litem,**

    Plaintiffs,

    V.                        CASE NUMBER: **07-C-376**

**PATRICK A. TIENOR, R.N.,**
**JUDITH M. STEMPER, R.N.,**
**JESS M. GONZALEZ,**
**LORI A. AMEND,**
**TONYA R. ALEXANDER-KRINGS,**
**KEVIN L. BATTERMAN,**
**KEVIN D. JONES,**
**BARBARA E. SWEENEY,**
**ANNE BOYLE,**
**LYNDA SCHWANDT,**
**DEANNE SCHAUB,**
**ANA BOATWRIGHT,**
**HOLLY MEIER, R.N.,**
**ROSE KLEMAN,**
**STEVEN MERESS, M.D.,**
**JULIA RESCHKE, M.D.,**
**GOVERNOR JAMES DOYLE,**
**MATTHEW FRANK,**
**JAMES GREER,**
**DAVID BURNETT, M.D.,**
**KEVIN KALLAS, M.D.,**
**DONALD HANDS, Ph.D.,**
**HELENE NELSON,**

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motion of the defendants to dismiss Counts VI and IX of the plaintiffs' amended complaint, and to dismiss all claims against defendants Governor James Doyle, Matthew Frank and Helene Nelson, is GRANTED.**

**Judgement is entered pursuant to Rule 68 of the Federal Rules of Civil Procedure, on the defendants' Offer of Judgment, in favor of all plaintiffs and against the remaining defendants in the amount of $635,000.00 plus awardable costs and fees accrued through the date of service of the Offer of Judgment.**

**The $635,000.00 is allocated as follows:**
**(1) $625,000.00 to the Estate of Angela Enoch;**
**(2) $5,000.00 to Ashley Enoch; and**
**(3) $5,000.00 to Amber Enoch.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **August 12, 2008** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |