UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**THE ESTATE OF ANGELA ENOCH, et al.,**
  Plaintiffs,

  v.             Case No. 07-CV-00376

**PATRICK A. TIENOR, et al.,**
    Defendants.

## ORDER

On April 10, 2008, this court granted defendant Tonya Alexander-Krings' motion to file the documents in Docket #71 under seal. These documents include the Affidavit of Monica Burkert-Brist and its Exhibits A and B. On appeal, these documents were filed with the Seventh Circuit as part of the trial court record, and the Seventh Circuit denied defendant's motion to maintain the seal.

**THEREFORE, IT IS ORDERED** that the documents filed as Docket #71 shall be **UNSEALED**.

Dated at Milwaukee, Wisconsin, this 5th day of January 2012.

              s/_____
              LYNN ADELMAN
              District Judge